IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Cutera, Inc., *et al.*,[1] | Case No. 25-90088 (ARP) |
| Debtors. | (Jointly Administered) |

## MASTER SERVICE LIST AS OF MARCH 14, 2025

Pursuant to paragraph 1 of the *Order Granting Complex Case Treatment* entered on March 5, 2025 [Docket No. 31], attached hereto is the updated Master Service List for the above-referenced cases as of March 14, 2025.

Dated: March 14, 2025

/s/ *Alejandro Guerra*
Alejandro Guerra
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cutera, Inc. (2262) and Crystal Sub, LLC (6339). The Debtors' service address is 3240 Bayshore Boulevard, Brisbane, CA 94005-1021.

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Advanced Thin Films | Thomas Minetree | 1625 S Fordham St | | | Longmont | CO | 80503 | 303-815-1541 | 720-652-9948 | ATFAR@idexcorp.com | Top 30 |
| Aeronet Worldwide Inc | Joelle Berg | 850 Mitten Rd | | | Burlingame | CA | 94010 | 650-589-2155 | 650-259-2150 | jberg@aeronet.com | Top 30 |
| Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | 334-242-7300 | | consumerinterest@Alabamaag.gov | Alabama Attorney General |
| Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 | 907-269-5100 | 907-276-3697 | attorney.general@alaska.gov | Alaska Attorney General |
| Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | 602-542-5025 | 602-542-4085 | | Arizona Attorney General |
| Arizona Attorney General - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | | | BCEIntake@azag.gov | Arizona Attorney General - CSS |
| Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | 501-682-2007; 800-482-8982 | 501-683-2520 | OAG@ArkansasAG.gov | Arkansas Attorney General |
| Arturo Corpuz c/o Wilshire Law Firm | Attn Justin F. Marquez | 3055 Wilshire Blvd. | 12th Floor | | Los Angeles | CA | 90010 | 213-381-9988 | 213-381-9989 | justin.marquez@wilshirelawfirm.com | Top 30 |
| California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | 916-445-9555 | | | California Attorney General |
| Chubb c/o Alliant Insurance Services, Inc. | Attn Matthew L. Cohn | 2415 E. Camelback Road | Suite 950 | | Phoenix | AZ | 85016 | 602-707-1917 | | mcohn@alliant.com | Top 30 |
| Classys Inc | Minnie Gong | 208, Teheran-ro | Gangnam-Gu | | Seoul | | 06220 | +82-2-1544-3481 | | minnie@classys.com | Top 30 |
| Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | 720-508-6000 | 720-508-6030 | attorney.general@coag.gov | Colorado Attorney General |
| Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 | 860-808-5318 | 860-808-5387 | attorney.general@ct.gov | Connecticut Attorney General |
| Creation Technologies LTD | Lucy Lu | 8999 Fraserton Ct | | | Burnaby | BC | V5J 5H8 | 604-430-4336 | | LUCY.LU@CREATIONTECH.COM | Top 30 |
| Crytur USA Inc | Irina Shestakova | 50 Hunt Street | Suite 303 | | Watertown | MA | 02472 | 617-744-5335 | | irina.shestakova@crytur-usa.com | Top 30 |
| Cutera, Inc., et al. | | 3240 Bayshore Boulevard | | | Brisbane | CA | 94005-1021 | | | | Debtors in Possession |
| Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | 302-577-8338 | | attorney.general@state.de.us | Delaware Attorney General |
| District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 | 202-727-3400 | 202-347-8922 | oag@dc.gov | District of Columbia Attorney General |
| Eclipse Metal Fabrication | Adalberto Cuevas | 17700 Shideler Pkwy | | | Lathrop | CA | 95330 | 650-298-8731 | 650-298-8747 | AL@ECLIPSEMF.COM | Top 30 |
| Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | 850-414-3300 | 850-487-2564 | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com | Florida Attorney General |
| Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | 404-656-3300 | 404-657-8733 | Agcarr@law.ga.gov | Georgia Attorney General |
| Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 | 808-586-1500 | 808-586-1239 | hawaiiag@hawaii.gov | Hawaii Attorney General |
| Hunton Andrews Kurth LLP | Timothy A. Davidson II, Philip M. Guffy, Catherine A. Rankin | 600 Travis Street, Suite 4200 | | | Houston | TX | 77002 | 713-220-4200 | 713-220-4285 | pguffy@hunton.com; catherinerankin@hunton.com | Proposed Counsel to the Debtors and Debtors in Possession |
| Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 | 208-334-2400 | 208-854-8071 | bankruptcy@ag.idaho.gov | Idaho Attorney General |
| Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | 312-814-3000 | | bankruptcy_notices@ilag.gov | Illinois Attorney General |
| Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | 317-232-6201 | 317-232-7979 | info@atg.in.gov | Indiana Attorney General |
| Innovative Machining | Trang Vo | 845 Yosemite Way | | | Milpitas | CA | 95035 | 408-262-2270 | 408-262-2355 | TRANGVO@SBCGLOBAL.NET | Top 30 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | 800-973-0424 | 855-235-6787 | | IRS |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | 855-235-6787 | | IRS |
| Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 | 515-281-5164 | 515-281-4209 | IDR.Bankruptcy@ag.iowa.gov | Iowa Attorney General |
| Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | 785-296-2215 | 785-296-6296 | | Kansas Attorney General |
| KCC dba Verita | Leanne Rehder Scott | 222 N. Pacific Coast Highway | Suite 300 | | El Segundo | CA | 90245 | 888-788-0109 | | cuterainfo@veritaglobal.com | Proposed Claims and Noticing Agent |
| Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 | 502-696-5300 | | attorney.general@ag.ky.gov | Kentucky Attorney General |
| Kristen Green and Gregory Green c/o The Sutton Law Firm | Attn William J. Sutton | 3660 Stoneridge Road | Suite D102 | | Austin | TX | 78746 | 512-900-5530 | 855-900-5530 | will@willsuttonlaw.com | Top 30 |
| Laser Material Corporation | Clara Williams | 12706 NE 95th St. No. 102 | | | Vancouver | WA | 98682 | 360-254-1480 | 360-254-1480 | CLARA@LASERMATERIALS.COM | Top 30 |
| Lavonda Tabron c/o Law Offices of Pamela A. Hunter | Attn Pamela A. Hunter | 715 East 5th Street | Suite 106 | | Charlotte | NC | 28202 | 704-376-7709 | | pamelahtmterlaw@bellsouth.net | Top 30 |
| Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 | 225-326-6079; 225-326-6000 | 225-326-6797; 225-326-6096 | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov | Louisiana Attorney General |
| Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | 207-626-8800 | | attorney.general@maine.gov | Maine Attorney General |
| Mary Gaffney, Do, Msph, Gaffney Healthy Services PA c/o Law Offices of Pamela A. Hunter | Attn Pamela A. Hunter | 715 East 5th Street | Suite 106 | | Charlotte | NC | 28202 | 704-376-7709 | | pamelahtmterlaw@bellsouth.net | Top 30 |
| Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | 410-576-6300 | | oag@oag.state.md.us | Maryland Attorney General |
| Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 | 617-727-2200 | | ago@state.ma.us | Massachusetts Attorney General |
| McDermott Will & Emery LLP | Jonathan I. Levine, Lucas B. Barrett | One Vanderbilt Avenue | | | New York | NY | 10017-3852 | 212-547-5400 | 212-547-5444 | jlevine@mwe.com; lbarrett@mwe.com | Counsel to Wilmington Savings Fund Society, FSB, as DIP agent |
| McDermott Will & Emery LLP | Marcus A. Helt | 2501 North Harwood Street, Suite 1900 | | | Dallas | TX | 75201-1664 | 214-295-8000 | 972-232-3098 | mhelt@mwe.com | Counsel to Wilmington Savings Fund Society, FSB, as DIP agent |
| Michelman & Robinson, LLP | Madison Dini | 717 Texas Ave | 31st Floor | | Houston | TX | 77002 | 281-339-4035 | | mdini@mrllp.com | Top 30 |
| Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | 517-335-7622 | 517-335-7644 | miag@michigan.gov | Michigan Attorney General |

In re Cutera, Inc., et al.
Case No. 25-90088

Page 1 of 3

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | 651-296-3353 | | ag.replies@ag.state.mn.us | Minnesota Attorney General |
| Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | 601-359-3680 | | | Mississippi Attorney General |
| Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov | Missouri Attorney General |
| Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 | 406-444-2026 | 406-444-3549 | contactocp@mt.gov | Montana Attorney General |
| Nasdaq, Inc DBA The Nasdaq Stock Market, Inc. | Kimberly Hines | One Liberty Plaza | 49th Floor | | New York | NY | 10006 | 646-718-3489 | | accounts.receivable@nasdaq.com | Top 30 |
| Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 | 402-471-2683 | 402-471-3297 | Ago.info.help@nebraska.gov | Nebraska Attorney General |
| Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | 775-684-1100 | 775-684-1108 | AgInfo@ag.nv.gov | Nevada Attorney General |
| New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 | 603-271-3658 | 603-271-2110 | attorneygeneral@doj.nh.gov | New Hampshire Attorney General |
| New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | 609-292-8740 | 609-292-3508 | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov | New Jersey Attorney General |
| New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | 505-490-4060 | 505-490-4883 | | New Mexico Attorney General |
| New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | 518-474-7330 | | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov | New York Attorney General |
| North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | 919-716-6400 | 919-716-6750 | ncago@ncdoj.gov | North Carolina Attorney General |
| North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 | 701-328-2210 | | ndag@nd.gov | North Dakota Attorney General |
| Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | 513-852-1568 | | Kristin.Radwanick@OhioAGO.gov | Ohio Attorney General |
| Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | 405-521-3921 | 405-521-6246 | ConsumerProtection@oag.ok.gov | Oklahoma Attorney General |
| Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | 503-378-4400 | 503-378-4017 | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us | Oregon Attorney General |
| Oxid Corporation | Janet Cylkowski | 25325 Regency Drive | | | Novi | MI | 48375 | 248-474-9817 | 248-474-9277 | JCYLKOWSKI@LASERMECH.COM | Top 30 |
| Paul, Weiss, Rifkind, Wharton & Garrison | Attn Jacob A. Adlerstein, Sean A. Mitchell, Douglas R. Keeton, Joshua A. Esses | 1285 Avenue of the Americas | | | New York | NY | 10019-6064 | 212-373-3000 | | smitchell@paulweiss.com; dkeeton@paulweiss.com; jesses@paulweiss.com | Counsel to Ad Hoc Noteholder Committee |
| Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | 717-787-3391 | 717-787-8242 | info@attorneygeneral.gov | Pennsylvania Attorney General |
| Porter Hedges LLP | John F. Higgins, M. Shane Johnson, James A. Keefe | 1000 Main St., 36th Floor | | | Houston | TX | 77002 | 713-226-6648; 713-226-6000 | | jhiggins@porterhedges.com; sjohnson@porterhedges.com; jkeefe@porterhedges.com | Counsel to Ad Hoc Noteholder Committee |
| Pro Stainless, Inc. | Shannon Goerss | 333 E Brokaw Road | | | San Jose | CA | 95112 | 408-437-0600 | 408-283-1790 | sgoerss@prostainless.com | Top 30 |
| Puerto Rico Attorney General | | PO Box 9020192 | | | San Juan | PR | 00902-0192 | 787-721-2900, Ext. 1502, 1503 | | fernando.figueroa@justicia.pr.gov | Puerto Rico Attorney General |
| Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 | 401-274-4400 | 401-222-2995 | ag@riag.ri.gov | Rhode Island Attorney General |
| Ropes & Gray LLP | Natasha S. Hwangpo | 1211 Avenue of the Americas | | | New York | NY | 10036 | 212-596-9000 | 212-596-9090 | natasha.hwangpo@ropesgray.com | Proposed Counsel to the Debtors and Debtors in Possession |
| Ropes & Gray LLP | Ryan Preston Dahl, Conor P. McNamara | 191 North Wacker Drive, 32nd Floor | | | Chicago | IL | 60606 | 312-845-1200 | 312-845-5500 | ryan.dahl@ropesgray.com; conor.mcnamara@ropesgray.com | Proposed Counsel to the Debtors and Debtors in Possession |
| Securities & Exchange Commission | Fort Worth Regional Office | 801 Cherry Street Suite 1900 | Unit 18 | | Fort Worth | TX | 76102 | 817-978-3821 | | dfw@sec.gov | SEC Regional Office |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | 202-942-8088 | 202-772-9317; 202-772-9318 | secbankruptcy@sec.gov | SEC Headquarters |
| Shipman & Goodwin LLP | Kathleen M. LaManna, Anthony R. Scarcella | One Constitution Plaza | | | Hartford | CT | 06103-1919 | 860-251-5000 | 860-251-5218 | bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com; ascarcella@goodwin.com | Counsel to U.S. Bank Trust Company, National Association, as Trustee |
| Sidley Austin LLP | Debra Geoghegan | One S. Dearborn St. | | | Chicago | IL | 60603 | 212-839-5463 | | DGEOGHEGAN@SIDLEY.COM | Top 30 |
| Silicon Valley Bank | Dekel Mahatzri, VP Relationship Manager | 3003 Tasman Drive | | | Santa Clara | CA | 94005 | 502-210-8807 | | dmahatzri@svb.com | Top 30 |
| South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 | 803-734-3970 | 803-253-6283 | bankruptcy@scag.gov | South Carolina Attorney General |
| South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 | 605-773-3215 | 605-773-4106 | atghelp@state.sd.us | South Dakota Attorney General |
| Starfish Product Engineering US Inc DBA Omnica, A Starfish Company | Stacy Russell | 15560 Rockfield Blvd | Suite D | | Irvine | CA | 92618 | 949-472-0275 | | SRUSSELL@STARFISH.COM | Top 30 |
| Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | 615-741-3491 | 615-741-2009 | agattorneys@ag.tn.gov | Tennessee Attorney General |
| Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | 512-463-2100 | 512-475-2994 | bankruptcytax@oag.texas.gov; communications@oag.texas.gov | Texas Attorney General |
| Texas Comptroller of Public Accounts | Attn Bankruptcy Section | Lyndon B Johnson State Office Building | 111 East 17th St | | Austin | TX | 78774 | 512-463-4511 | 888-908-9994 | | Texas Comptroller of Public Accounts |
| Texas Comptroller of Public Accounts | | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | 512-463-4511 | | | Texas Comptroller of Public Accounts |
| Tonya Crapo c/o Burneikis Law, P.C. | Attn Monica J. Burneikis | 66 Franklin Street | Third Floor | | Oakland | CA | 94607 | 510-328-3238 | | monica@burneikislaw.com | Top 30 |
| U. S. Department of Justice, Tax Division | | 717 N Harwood Suite 400 | | | Dallas | TX | 75201 | 214-880-9736 | 214-880-9741 | | U. S. Department of Justice |
| U.S. Bank National Association | David Jason, Corporate Trust Services (Cutera, Inc.) | 1 California Street | Suite 1000 | | San Francisco | CA | 94111 | 415-677-3622 | | david.jason@usbank.com | Top 30 |
| U.S. Bank Trust Company, National Association | David Jason, Corporate Trust Services (Cutera, Inc.) | 1 California Street | Suite 1000 | | San Francisco | CA | 94111 | 415-677-3622 | | david.jason@usbank.com | Top 30 |
| U.S. Bank Trust National Association | Attn David Jason, Corporate Trust Services (Cutera, Inc.) | 1 California Street, Suite 1000 | | | San Francisco | CA | 94111 | | | | Indenture Trustee for the 2026 Senior Notes, 2028 Senior Notes and 2029 Senior Notes |

In re Cutera, Inc., et al.
Case No. 25-90088

Page 2 of 3

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US Attorney Office, Southern District of Texas | Civil Process Clerk for the U.S. Attorney's Office | 1000 Louisiana | Suite 2300 | | Houston | TX | 77002 | | | | United States Attorney Office for the Southern District of Texas |
| US Attorney Office, Southern District of Texas | | 1000 Louisiana | Suite 2300 | | Houston | TX | 77002 | 713-567-9000; 713-567-9532 | 713-718-3300 | usatxs.atty@usdoj.gov | United States Attorney Office for the Southern District of Texas |
| US Department of Justice | US Attorney General | 950 Pennsylvania Avenue NW | | | Washington | DC | 20530-0001 | | | | US Attorney General |
| US Trustee for the Southern District of Texas | Ha Nguyen, Vianey Garza | 515 Rusk Street | Suite 3516 | | Houston | TX | 77002 | 713-718-4650 | 713-718-4670 | vianey.garza@usdoj.gov; ha.nguyen@usdoj.gov | Office of the U.S. Trustee for the Southern District of Texas (Houston Division) |
| Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | 801-538-9600 | 801-538-1121 | bankruptcy@agutah.gov | Utah Attorney General |
| Veritiv Operating Company | Kurt Beeler | 6120 South Gilmore Road | | | Fairfield | OH | 45014 | 925-321-8264 | 510-477-7229 | KURT.BEELER@VERITIVCORP.COM | Top 30 |
| Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 | 802-828-3171 | | ago.info@vermont.gov | Vermont Attorney General |
| Vigience, Inc. | Asako Fukuda | 201 Mission St | Suite 1200 | | San Francisco | CA | 94105 | 415-226-9867 | | FUKUDA@VIGIENCE.COM | Top 30 |
| Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 | 804-786-2071 | 804-786-1991 | mailoag@oag.state.va.us | Virginia Attorney General |
| Walter Ezeigbo, Advanced Family & Sports Medicine PLLC c/o Samuel Ogbogu, Inc. | Attn Samuel O. Ogbogu, Esq. | 4311 Wilshire Boulevard | Suite 308 | | Los Angeles | CA | 90010 | 213-624-1500 | 323-433-7330 | sogboguinclaw@aol.com | Top 30 |
| Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | 360-753-6200 | | | Washington Attorney General |
| West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 | 304-558-2021 | 304-558-0140 | consumer@wvago.gov | West Virginia Attorney General |
| Wildflower Aesthetics and Wellness Clinic, PLLC c/o The Lanfear Law Firm, P.C. | Attn Daniel W. Lanfear | 4040 Broadway | Suite 510 | | San Antonio | TX | 78209 | 210-824-9230 | 210-824-7911 | dan@lanfearlaw.net | Top 30 |
| Wilson Sonsini Goodrich Rosati | Aimee Wiley | 650 Page Mill Road | | | Palo Alto | CA | 94304 | 650-845-5995 | 650-858-4462 | AWILEY@WSGR.COM | Top 30 |
| Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 | 608-266-1221 | 608-294-2907 | dojbankruptcynoticegroup@doj.state.wi.us | Wisconsin Attorney General |
| Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 | 307-777-7841 | 307-777-6869 | ag.webmaster@wyo.gov | Wyoming Attorney General |
| Yu Tong Tiffany Ling c/o Haberkorn & Associates | Attn Matthew H. Haberkorn, Esq. | 336 Bon Air Center | Suite 337 | | Greenbrae | CA | 94904 | 650-268-8378 | 650-332-1528 | matthewhaberkorn@mac.com | Top 30 |

In re Cutera, Inc., et al.
Case No. 25-90088

Page 3 of 3