IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Cutera, Inc. *et al.*,[1] | Case No. 25-90088 (ARP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF TECHNICAL MODIFICATIONS TO AMENDED PLAN**
[Relates to Docket Nos. 7, 216]

**PLEASE TAKE NOTICE THAT** on March 5, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Joint Prepackaged Chapter 11 Plan of Reorganization of Cutera, Inc. and its Affiliated Debtors* [Docket No. 7] (the "Initial Plan").

**PLEASE TAKE FURTHER NOTICE THAT** on April 14, 2025, the Debtors filed the *Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Cutera, Inc. and its Affiliated Debtor* [Docket No. 216] (the "Amended Plan"). Due to technical errors, certain cross-references in the Amended Plan did not display correctly once filed.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a corrected version of the Amended Plan (the "Technical Amended Plan"). The Technical Amended Plan resolves the technical errors contained in the Amended Plan. Other than fixing these technical errors, there are no changes between the Amended Plan and the Technical Amended Plan.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Kurtzman Carson

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cutera, Inc. (2262) and Crystal Sub, LLC (6339). The Debtors' service address is 3240 Bayshore Boulevard, Brisbane, CA 94005.

Consultants, LLC dba Verita Global, at veritaglobal.net/cutera, (ii) from the Court's website at http://www.txs.uscourts.gov via ECF/PACER, or (iii) upon request to the undersigned.

Dated: April 15, 2025
      Houston, Texas

/s/ Timothy A. ("Tad") Davidson II
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Philip M. Guffy (Texas Bar No. 24113705)
Catherine A. Rankin (Texas Bar No. 24066008)
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
      pguffy@hunton.com
      catherinerankin@hunton.com

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Conor P. McNamara (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
Email: ryan.dahl@ropesgray.com
      conor.mcnamara@ropesgray.com

-and-

**ROPES & GRAY LLP**
Natasha S. Hwangpo (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: natasha.hwangpo@ropesgray.com

*Counsel to the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I certify that on April 15, 2025, a true and correct copy of the foregoing documents was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

<u>*/s/ Timothy A. ("Tad") Davidson II*</u>
Timothy A. ("Tad") Davidson II