IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Cutera, Inc., *et al.*,[1] | Case No. 25-90088 (ARP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alejandro Guerra, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On April 9, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Intent to Pay Prepetition Employee Obligations in Excess of the Employee Cap** [Docket No. 201]

Dated: April 16, 2025

/s/ *Alejandro Guerra*
Alejandro Guerra
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Cutera, Inc. (2262) and Crystal Sub, LLC (6339). The Debtors' service address is 3240 Bayshore Boulevard, Brisbane, CA 94005-1021.

# Exhibit A

**Exhibit A**
**Affected Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Ad Hoc Noteholder Committee | Paul, Weiss, Rifkind, Wharton & Garrison | Attn Jacob A. Adlerstein, Sean A. Mitchell, Douglas R. Keeton, Joshua A. Esses | jadlerstein@paulweiss.com; smitchell@paulweiss.com; dkeeton@paulweiss.com; jesses@paulweiss.com |
| Counsel to Ad Hoc Noteholder Committee | Porter Hedges LLP | John F. Higgins, M. Shane Johnson, James A. Keefe | jhiggins@porterhedges.com; sjohnson@porterhedges.com; jkeefe@porterhedges.com |
| Office of the U.S. Trustee for the Southern District of Texas (Houston Division) | US Trustee for the Southern District of Texas | Ha Nguyen, Vianey Garza | vianey.garza@usdoj.gov; ha.nguyen@usdoj.gov |

In re Cutera, Inc., et al.
Case No. 25-90088

Page 1 of 1