**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Cutera, Inc., *et al.*,[1] | Case No. 25-90088 (ARP) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER**
**AND (II) OCCURRENCE OF EFFECTIVE DATE**

PLEASE TAKE NOTICE, that, on April 16, 2025, the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") entered the *Order (I) Approving Debtors' Disclosure Statement and (II) Confirming the Joint Prepackaged Chapter 11 Plan of Reorganization of Cutera, Inc. and Its Affiliated Debtor* [Docket No. 237] (the "Confirmation Order").[2]

PLEASE TAKE FURTHER NOTICE, that each of the conditions precedent to the occurrence of the Effective Date, as set forth in Article VIII of the Plan, has been satisfied or waived in accordance therewith, and the Plan became effective and was substantially consummated on **May 1, 2025** (the "Effective Date").

PLEASE TAKE FURTHER NOTICE, that the Plan and its provisions are binding upon and inure to the benefit of (i) the Reorganized Debtors, (ii) the Consenting Senior Noteholders, (iii) each Holder of a Claim against or Interest in the Debtors or Reorganized Debtors, and (iv) their respective successors and assigns.

PLEASE TAKE FURTHER NOTICE, that all requests for payment of an Administrative Claim (other than DIP Claims, Restructuring Expenses, Put Option Premium Claims, or Professional Fee Claims) that accrued on or before the Effective Date that were not otherwise paid in the ordinary course of business must be filed with the Bankruptcy Court and served on the Reorganized Debtors no later than **June 2, 2025**, which is the first Business Day that is thirty (30) days after the Effective Date; *provided* that Allowed Administrative Claims that arise in the ordinary course of the Reorganized Debtors' business during the Chapter 11 Cases shall be paid by such applicable Reorganized Debtor in full in Cash in the ordinary course of business in

---

[1]   The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Cutera, Inc. (2262) and Crystal Sub, LLC (6339).  The Reorganized Debtors' service address is 3240 Bayshore Boulevard, Brisbane, CA 94005.

[2]   Capitalized terms used but not defined herein have the meanings given to them in the Confirmation Order or the *Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Cutera, Inc. and Its Affiliated Debtor*, attached as Exhibit A to the Confirmation Order (the "Plan"), as applicable.

accordance with the terms and conditions of any controlling agreements, course of dealing, course of business, or industry practice without further notice to or order of the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE, that all final requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses, including Professional Fee Claims incurred during the period from the Petition Date through the Effective Date, must be filed with the Bankruptcy Court no later than **June 30, 2025**, which is the date that is sixty (60) days after the Effective Date.

PLEASE TAKE FURTHER NOTICE, that, pursuant to Section 11.12 of the Plan, any Entity that desires to receive notices or documents after the Effective Date must, pursuant to Bankruptcy Rule 2002, file a renewed request to receive such notices and documents with the Bankruptcy Court to be added to the post-Effective Date service list.  Entities not on such post-Effective Date service list may not receive notices or other documents filed in the Chapter 11 Cases after the Effective Date.  An Entity that provides an e-mail address may be served only by e-mail after the Effective Date.

PLEASE TAKE FURTHER NOTICE, that the Plan (including the Plan Supplement), the Confirmation Order, and all other documents publicly filed in the Chapter 11 Cases, as well as additional information about the Chapter 11 Cases, can be accessed free of charge by visiting the Reorganized Debtors' website located at https://www.veritaglobal.net/cutera.  If you have any questions about this notice or any documents or materials that you received, please contact the Notice and Claims Agent, Kurtzman Carson Consultants, LLC d/b/a Verita Global, via email at https://www.veritaglobal.net/cutera/inquiry or via telephone at (888) 788-0109 (U.S. and Canada) or (781) 575-2045 (International).  The Notice and Claims Agent cannot and will not provide legal advice.

PLEASE TAKE FURTHER NOTICE, that copies of all documents publicly filed in the Chapter 11 Cases are also available (for a fee) from the Court's website at http://www.txs.uscourts.gov via ECF/PACER or upon request to the undersigned.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 1, 2025
Houston, Texas

/s/ Timothy A. ("Tad") Davidson II
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Philip M. Guffy (Texas Bar No. 24113705)
Catherine A. Rankin (Texas Bar No. 24066008)
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
pguffy@hunton.com
catherinerankin@hunton.com

-and-

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Conor P. McNamara (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
Email: ryan.dahl@ropesgray.com
conor.mcnamara@ropesgray.com

-and-

**ROPES & GRAY LLP**
Natasha S. Hwangpo (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: natasha.hwangpo@ropesgray.com

*Counsel to the Reorganized Debtors*

## CERTIFICATE OF SERVICE

I certify that on May 1, 2025, a true and correct copy of the foregoing documents was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II

3