### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| Cutera, Inc., *et al.*,[1] | Case No. 25-90088 (ARP) |
| Reorganized Debtors. | (Jointly Administered) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Reorganized Debtors in the above-captioned case.

On July 8, 2025, at my direction and under my supervision, employees of Verita caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of (I) Entry of Confirmation Order and (II) Occurrence of Effective Date** [Docket No. 256]

Dated: July 10, 2025

/s/ Heather Fellows
Heather Fellows
Verita
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1]    The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Cutera, Inc. (2262) and Crystal Sub, LLC (6339). The Reorganized Debtors' service address is 3240 Bayshore Boulevard, Brisbane, CA 94005.

# Exhibit A

**Exhibit A**
**Supplemental Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Name on File: ID 15752599 | Address on File | | | |