IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS (HOUSTON)

In re:

CUTERA INC        Debtor

In Proceedings Under:

Bankruptcy Chapter 11

25-90088

ARIZONA DEPARTMENT OF REVENUE'S

WITHDRAWAL OF PROOF OF CLAIM

The Arizona Department of Revenue hereby withdraws, without prejudice, its Proof of Claim, dated 03/24/2025, $1,099.59.  A copy of the claim is attached hereto.

Dated this 11/24/2025

*Lorraine Averitt*

ARIZONA DEPARTMENT OF REVENUE

Bankruptcy and Litigation Section
1600 West Monroe Street
Phoenix, AZ 85007

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Cutera, Inc. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Texas (Houston) |
| Case number | 25-90088 |

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

ARIZONA DEPARTMENT OF REVENUE
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Office of the Arizona Attorney General - BCE
Name

2005 N Central Ave, Suite 100
Number       Street

Phoenix                AZ        85004
City                State      ZIP Code

Contact phone  602-542-8811

Contact email  BankruptcyUnit@azag.gov

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number       Street

_____
City              State       ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                     MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                  Proof of Claim                                        page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 2 2 6 2

7. How much is the claim? $_____1,099.59. Does this amount include interest or other charges?
   ☐ No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Taxes

9. Is all or part of the claim secured?
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $_____
   **Amount of the claim that is secured:** $_____
   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☑ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. Is this claim subject to a right of setoff?
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410           Proof of Claim           page 2

### 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
☑ Yes. Check one:

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $_____

☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $ 541.50

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/24/2025
MM / DD / YYYY

**Lorraine Averitt**
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Lorraine    Averitt
First name    Middle name    Last name

Title: Bankruptcy Collector

Company: Arizona Department of Revenue
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1600 W. Monroe 7th Floor
Number    Street
Phoenix    AZ    85007
City    State    ZIP Code

Contact phone: 602-716-7806    Email: laveritt@azdor.gov

Official Form 410    Proof of Claim    page 3



### STATE OF ARIZONA - PROOF OF CLAIM FOR ARIZONA DEPARTMENT OF REVENUE

United States Bankruptcy Court for the District of Texas (Houston)

**ORIGINAL**

In the Matter of: **CUTERA INC**

Case Number: 25-90088
Chapter: Bankruptcy Chapter 11
Taxpayer ID: 77-0492262
Tax Type: COR  TPT
Petition Date: 03/05/2025

| Total Priority: | $541.50 |
|---|---|
| Total General Unsecured: | $558.09 |
| **Amount Due as of this Statement:** | **$1,099.59** |

1. The undersigned is the agent of the Arizona Department of Revenue and is authorized to make this proof of claim on its behalf.
2. The Debtor was at the time of the filing of the petition initiating this case, and still is, indebted to the State of Arizona.
3. The amount of all payments on this claim have been credited and deducted for the purpose of making this claim.
4. The grounds for the liability are for taxes due under the Arizona Revised Statutes.
   a. Secured Lien(s) in the event there is insufficient property for the lien to attach, all claims so entitled will be treated as priority under 11 USC Section 507(a)(8).

b. Unsecured Priority under Section 507(a)(8) of the Bankruptcy Code

| Tax Type | Memo | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|---|
| COR | | 12/31/2022 | $50.00 | $0.00 | $7.50 | $57.50 |
| COR | Est. due to non-filing | 12/31/2024 | $50.00 | $0.00 | $0.00 | $50.00 |
| TPT | | 01/16/2023 | $127.00 | $0.00 | $0.00 | $127.00 |
| TPT | | 07/02/2023 | $4.00 | $0.00 | $0.00 | $4.00 |
| TPT | | 09/02/2023 | $2.00 | $0.00 | $0.00 | $2.00 |
| TPT | | 12/02/2023 | $2.00 | $0.00 | $0.00 | $2.00 |
| TPT | | 01/02/2024 | $2.00 | $0.00 | $0.00 | $2.00 |
| TPT | | 01/16/2024 | $297.00 | $0.00 | $0.00 | $297.00 |
| | | | | | **Total Section Priority:** | **$541.50** |

c. Amounts claimed as Priority under Section 1305

d. Unsecured General Claims

| Tax Type | Memo | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|---|
| COR | | 12/31/2022 | $0.00 | $8.00 | $0.00 | $8.00 |
| TPT | | 01/16/2021 | $127.00 | $0.00 | $0.00 | $127.00 |
| TPT | | 01/16/2021 | $0.00 | $20.59 | $0.00 | $20.59 |
| TPT | | 01/16/2022 | $127.00 | $0.00 | $0.00 | $127.00 |
| TPT | | 01/16/2022 | $0.00 | $63.50 | $0.00 | $63.50 |
| TPT | | 01/16/2023 | $0.00 | $63.50 | $0.00 | $63.50 |
| TPT | | 01/16/2024 | $0.00 | $148.50 | $0.00 | $148.50 |
| | | | | | **Total General Unsecured:** | **$558.09** |
| | | | | | **Amount Due as of this Statement:** | **$1,099.59** |



# STATE OF ARIZONA - PROOF OF CLAIM FOR ARIZONA DEPARTMENT OF REVENUE

United States Bankruptcy Court for the District of Texas (Houston)

ORIGINAL

In the Matter of: **CUTERA INC**

Case Number: 25-90088
Chapter: Bankruptcy Chapter 11
Taxpayer ID: 77-0492262
Tax Type: COR  TPT
Petition Date: 03/05/2025

| | |
|---|---|
| Total Priority: | $541.50 |
| Total General Unsecured: | $558.09 |
| **Amount Due as of this Statement:** | **$1,099.59** |

1. The undersigned is the agent of the Arizona Department of Revenue and is authorized to make this proof of claim on its behalf.
2. The Debtor was at the time of the filing of the petition initiating this case, and still is, indebted to the State of Arizona.
3. The amount of all payments on this claim have been credited and deducted for the purpose of making this claim.
4. The grounds for the liability are for taxes due under the Arizona Revised Statutes.
5. No note or other negotiable instrument has been received for the account or any part of it, except
6. No judgement has been rendered on this claim, except...
7. The Department may have a right to setoff. The Department does not waive such right.
8. Make checks payable to the "ARIZONA DEPARTMENT OF REVENUE".
9. All tax returns shall be filed directly with the Arizona Department of Revenue, Bankruptcy Section.

ARIZONA DEPARTMENT OF REVENUE

Office of the Arizona Attorney General
All notices, correspondence, pleadings and payments will be sent to the following address:
c/o: Tax, Bankruptcy and Collection Section
2005 N Central Ave. Suite 100
Phoenix, AZ 85004
Phone: 602-542-1719

Signed: *Lorraine Averitt*

Dated: 03/24/2025

Lorraine Averitt

**ORIGINAL and ONE COPY FILED ON:**

**03/24/2025**

**CUTERA INC**

Debtor(s)